IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARO PHARMACEUTICAL U.S.A., INC., )<br>AND TARO PHARMACEUTICAL )<br>INDUSTRIES, LTD., )<br>)<br>Defendants. ) | 10 Civ. 3549 (LAK) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Medicis Pharmaceutical Corporation hereby dismisses with prejudice the above captioned action against Defendants Taro Pharmaceutical U.S.A., Inc., and Taro Pharmaceutical Industries Ltd.

Respectfully submitted:

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Andrew M. Berdon*
Andrew M. Berdon
Robert B. Wilson
James E. Baker
51 Madison Avenue, 22nd Floor
New York, New York  10010
212-849-7000
andrewberdon@quinnemanuel.com
robertwilson@quinnemanuel.com
jamesbaker@quinnemanuel.com

OF COUNSEL:
William J. McNichol
REED SMITH
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103
(215) 851-8100

*Attorneys for Plaintiff Medicis Pharmaceutical Corporation*